IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NANCY M. PRATER, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | No. 3:08-1116 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Brown |
| BELLE MEADE UNITED METHODIST ) | |
| CHURCH, ) | |
| ) | |
| *Defendant.* ) | |

## ORDER

The Court has been advised by counsel for the parties that this action has been settled. Accordingly, the Court hereby **DISMISSES** this action without costs and without prejudice upon good cause shown within **sixty (60) days**. This matter shall be reopened if the settlement is not consummated.

It is so ORDERED.

Entered this the 26 day of June, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT